**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Frank MORALES, Defendant–Appellant.**

No. 14–10033
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas,

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

TX, Shawn Lee Smith, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Mark Glendon Parenti, Parenti Law, P.L.L.C., Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Frank Morales raises an argument that he concedes is foreclosed by *United States v. Hernandez*, 633 F.3d 370, 374 (5th Cir.2011), which held that a sentence within the statutory maximum that is based upon judicially found facts does not violate the Sixth Amendment. Accordingly, the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.